1

2

3

4

5

6

7

8

9

10

11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  GONZALO ARAMBULA,                    )     No. C 10-03549 JF (PR)
                                        )
13          Plaintiff,                   )     ORDER AMENDING ORDER OF
                                        )     SERVICE; DIRECTING DEFENDANTS
14    vs.                                )     TO FILE DISPOSITIVE MOTION OR
                                        )     NOTICE REGARDING SUCH
15                                       )     MOTION; INSTRUCTIONS TO CLERK
    DARREL ADAMS, et al.,                )
16                                       )
            Defendants.                  )
17  _____       )

18

19         Plaintiff, a California inmate currently incarcerated at the Salinas Valley State

20  Prison ("SVSP") in Soledad, filed the instant civil rights action in pro se pursuant to 42

21  U.S.C. § 1983 against California State Prison, Corcoran personnel.  On January 31, 2011,

22  the Court dismissed certain claims and ordered service of the cognizable claims on

23  Defendants Dr. James Briggs, Dr. Hanna, and Dr. Darrell Howen at Salinas Valley State

24  Prison.  (Docket No. 10.)

25         The Court amends the January 31, 2011 Order of Service, (Docket No. 10 at 3),

26  and directs the Clerk of the Court to issue summons and the United States Marshal to

27  serve, without prepayment of fees, a copy of the complaint in this matter, all attachments

28  thereto, a copy of the Court's January 31, 2011 order, and a copy of this order upon the

Order Amending Order of Service; Directing Ds to file Disp. Motion
P:\PRO-SE\SJ.JF\CR.10\Arambula03549_re-svc.wpd                    1

1    named **Defendants Dr. James Briggs, Dr. Hanna, and Dr. Darrell Howen** at the

2    **California State Prison, Corcoran,** where Plaintiff indicates they are located**.**

3    Defendants are directed to file a motion for summary judgment or other dispositive

4    motion with respect to the claims in the complaint in accordance with the January 31,

5    2011 order.  All other provisions of the January 31, 2011 order not inconsistent with this

6    order remain in effect .

7            IT IS SO ORDERED.

8    DATED:    3/7/11

9                                                            JEREMY FOGEL
                                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order of Service; Directing Ds to file Disp. Motion
P:\PRO-SE\SJ.JF\CR.10\Arambula03549_re-svc.wpd                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


GONZALO ARAMBULA,

Case Number: CV10-03549 JF

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

DARREL ADAMS, et al.,

Defendants.

/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  3/10/11  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Gonzalo Arambula T-61604
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050


Dated:  3/10/11

Richard W. Wieking, Clerk